

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00222-CV

| | | |
|---|---|---|
| HILTON FRANCHISE HOLDING LLC, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-340963-23) |
| V. | § | November 27, 2024 |
| MICHELLE PEGUERO, MACHASITY PEGUERO, RUBY PEGUERO, AND KAYCIE PEGUERO, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Appellant Hilton Franchise Holding LLC's (Hilton) special appearance is reversed, and we render a judgment dismissing the claims of Appellees Michelle Peguero, Machasity Peguero, Ruby Peguero, and Kaycie Peguero (collectively Appellees) against Hilton for want of personal jurisdiction.

It is further ordered that Appellees shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack